IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES BAILEY                                                                                           PLAINTIFF

v.                                                                                         CASE NO. 3:14CV240

ENTERGY MISSISSIPPI, INC.                                                                      DEFENDANT

### AMENDED ORDER DISMISSING CASE

Pursuant to a Stipulation of Dismissal without Prejudice entered in this case [32], the Court hereby CLOSES this action and removes it from the trial calendar.

SO ORDERED, this the 5th day of January, 2016.

                                                                      /s/ Sharion Aycock
                                                                      **U.S. DISTRICT JUDGE**